**Dismissed and Opinion Filed April 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01471-CV

**STEVEN RAY WALTERS, Appellant**
**V.**
**FIRST GUARANTY MORTGAGE CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05552-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated January 5, 2015, we informed appellant that the Dallas County Clerk notified the Court the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification he had paid for or made arrangements to pay for the clerk's record or written documentation showing appellant had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. In response, appellant filed a letter on January 14, 2015 asking for an extension of time to pay for the clerk's record, stating that he would pay for the clerk's record on January 22, 2015. To date, the clerk's

record has not been filed and appellant has not corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).


141471F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

STEVEN RAY WALTERS, Appellant

No. 05-14-01471-CV          V.

FIRST GUARANTY MORTGAGE
CORPORATION, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-05552-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FIRST GUARANTY MORTGAGE CORPORATION recover its costs of this appeal from appellant STEVEN RAY WALTERS.

Judgment entered April 7, 2015.